UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW DAVID WETZEL                                      CIVIL ACTION

VERSUS                                                              NO. 10-2562

WARDEN GREGORY LONGINO                             SECTION "N" (6)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on October 8, 2010 (Rec. Doc. No. 16), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Andrew David Wetzel for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Wetzel's Motions for Stay (rec. docs. 13 and 14) are **DENIED** as moot.

New Orleans, Louisiana, this 14th day of October, 2010.

UNITED STATES DISTRICT JUDGE

